**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LANDON SCOTT SPEARS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1031** |
| **WASHINGTON PARISH SHERIFF'S OFFICE** | **SECTION "E" (4)** |

# ORDER

On August 11, 2026, the Magistrate Judge issued a Report and Recommendation, recommending this Court dismiss Plaintiff's claims with prejudice as frivolous and otherwise for failure to state a claim for which relief can be granted.[1] A copy of the Report and Recommendation was mailed to Plaintiff at his listed address.[2] However, on August 28, 2026, the mailed copy was returned to the Court as "undeliverable,"[3] meaning the Plaintiff has changed addresses without informing the Court and he did not receive a copy of the Report and Recommendation. Although Plaintiff has not objected to the Report and Recommendation and the Court finds that the Magistrate Judge's Report and Recommendation is not clearly erroneous or contrary to law, the Court will not dismiss Plaintiff's claims with prejudice without Plaintiff having received actual notice of the Magistrate Judge's Report and Recommendation. As a result, the Court will adopt the Magistrate Judge's Report and Recommendation in part and dismiss Plaintiff's claims without prejudice rather than dismissing them with prejudice. Accordingly,

The Court, having considered the record, the applicable law, relevant filings, and the Magistrate Judge's Report and Recommendation, **ADOPTS** the Magistrate Judge's

[1] R. Doc. 9.
[2] R. Doc. 10.
[3] *Id.*

findings of fact and conclusions of law that Plaintiff's claims should be dismissed as frivolous and otherwise for failure to state a claim. The Court **DECLINES TO ADOPT** the Magistrate Judge's recommendation to dismiss Plaintiff's claims with prejudice.

**IT IS ORDERED** that plaintiff Landon Scott Spears's §1983 claims against defendant Washington Parish Sheriff's Office be **DISMISSED WITHOUT PREJUDICE**.

**New Orleans, Louisiana, this 2nd day of September, 2026**.

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**